# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0747
_____

Daethyn Lamont Brown,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

July 11, 2024

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Rowe and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary F. Lawton, Assistant Attorney General, Tallahassee, for Appellee.